**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| OCÉ NORTH AMERICA, INC. | * | |
| | * | |
| | * | |
| v. | * | Civil Action WMN-10-CV-984 |
| | * | |
| MCS SERVICES, INC. et al. | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

**ORDER**

In accordance with the foregoing Memorandum and for the reasons stated therein, it is this 16th day of September, 2010, by the United States District Court for the District of Maryland, ORDERED:

1) That Defendants MCS Services, Inc., Brian DeFazio, George Ulmer, and Lionel Verrette's Motion to Dismiss, Paper 41, is GRANTED in part and DENIED in part in that:

   a. Plaintiff's claim under Count 2 for violation of the Computer Fraud and Abuse Act is DISMISSED;

   b. Plaintiff's claim under Count 5 for breach of contract is DISMISSED without prejudice and with leave to amend the Complaint as indicated in the accompanying memorandum within 10 days;

   c. Plaintiff's claim under Count 6 for Unjust Enrichment is DISMISSED as to the unauthorized use of Océ proprietary diagnostic and maintenance tools but not

1

      as to Defendants' alleged resale of altered Océ PPS printers;

   d. Plaintiff's claim under Count 7 for Conversion is DISMISSED;

   e. The portion of Paragraph 103 of the Amended Complaint reading "misrepresenting to customers that MCS is capable of servicing all functionalities of Océ PPS printers, when in reality its ability to do so is dependent upon pilfered Océ software and misappropriating Océ proprietary tools for PPS servicing" is hereby STRICKEN;

   f. The motion is otherwise DENIED; and,

2) That the Clerk of the Court shall transmit a copy of this Memorandum and Order to all counsel of record.

```
                      _____/s/_____
                      William M. Nickerson
                      Senior United States District Judge
```